**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NAUREEN STEADMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04 C 3941 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| URBAN RETAIL PROPERTIES CO., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW
THE APPEARANCE OF MINDY SHERMAN AND ALISSA GILFAND**

Defendant, URBAN RETAIL PROPERTIES CO., respectfully moves this Court for leave to withdraw the appearance of Mindy Sherman and Alissa L. Gilfand.  In support of its motion, Defendant states:

1.      Ms. Sherman was formerly General Counsel for Defendant and, in that capacity, was co-counsel in this matter.

2.      Ms. Sherman is no longer employed with Urban Retail Properties Co.

3.      Alissa L. Gilfand entered her appearance as co-counsel when she was employed with Seyfarth Shaw LLP.

4.      Ms. Gilfand is no longer with Seyfarth Shaw LLP.

5.      Beth T. Golub and Joel H. Kaplan of Seyfarth Shaw LLP continue to represent Defendant in this matter.

6.      Defendant requests an order withdrawing the appearance of Ms. Sherman and Ms. Gilfand as counsel in this matter.

7.      Plaintiff's counsel, Kenneth Flaxman, does not oppose this motion.

2

WHEREFORE, based on the foregoing, Defendant respectfully moves this Court for

leave to withdraw the appearance of Mindy Sherman and Alissa L. Gilfand

Respectfully submitted,

URBAN RETAIL PROPERTIES CO.


By: ___s/ Beth T. Golub_____ ____
        One of Its Attorneys


January 23, 2006

Joel H. Kaplan
Beth T. Golub
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, I electronically filed the foregoing

DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF MINDY SHERMAN AND

ALISSA L. GILFAND with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

> Kenneth N. Flaxman, Esq.
> 200 South Michigan Avenue
> Suite 1240
> Chicago, Illinois  60604-2430

    s/ Beth T. Golub
        Beth T. Golub

CH1 10943620.1